IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

JOSHUA WRITZ, )
)
        Plaintiff, )
)
v. ) 1:23CV98
)
)
DURHAM CO. DENTENTION )
FACILITY, et al., )
)
        Defendant(s). )

## JUDGMENT

The Recommendation of the United States Magistrate Judge was filed with the Court in accordance with 28 U.S.C. § 636(b) and on February 7, 2023, was served on the parties in this action. (ECF Nos. 3, 4.) No objections were filed within the time prescribed by § 636.

The Court hereby adopts the Magistrate Judge's Recommendation.

**IT IS HEREBY ORDERED AND ADJUDGED** that this action be **FILED** and **DISMISSED** *sua sponte* without prejudice to Plaintiff filing new complaints on the proper §1983 forms, which corrects the defects in the original complaint.

This, the 2nd day of March 2023.

                                             /s/ Loretta C. Biggs
                                             United States District Judge